

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY AS SUBROGEE OF ANGELA J. VASQUEZ, | § § | No. 08-18-00019-CV |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| JAROSLAV J. BARNET, | § | of Hudspeth County, Texas |
| Appellee. | § § | (TC# CV-04171-205) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF OCTOBER, 2019.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.